NOTE: CHANGES MADE BY COURT

# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DISTRICT

| | |
|---|---|
| ERICA S. CATTANEO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, and JILL LUNA a/k/a JILL POLIVKA, an individual,<br><br>Defendants. | Case No. 8:23-cv-00899-FWS-DFM<br><br>**ORDER GRANTING JOINT STIPULATION TO SUBMIT TO ARBITRATION [26]** |

///

///

///

# ORDER

Having reviewed and considered the Parties' Joint Stipulation to Submit to Arbitration [26] (the "Stipulation"), the files and records of the case, the applicable law, and good cause appearing, the court **GRANTS** and **ORDERS** the following:

1. The above-captioned case is **STAYED** until further order of the court.

2. Any and all claims and disputes against Defendants in the above-captioned case shall be submitted to binding arbitration pursuant to the terms of the Arbitration Agreement.

3. All pending dates currently set by the court are **VACATED**.

4. The court **RETAINS** jurisdiction of this action, until further order of the court, to enforce the Stipulation, to enforce any arbitration award, and to perform any other roles as permitted by the Federal Arbitration Act and/or other applicable laws or rules of the court.

5. Nothing in this Order shall operate as a waiver of Defendants' rights or ability to raise any pleading challenges, file any motions to compel arbitration, or assert general and/or affirmative defenses, as needed, against Plaintiff's claims.

///
///
///

6. The Parties shall **FILE** a **Joint Status Report** regarding the progress and status of the binding arbitration every **ninety (90) days**, with the first **Joint Status Report** due on **October 9, 2023**.

**IT IS SO ORDERED**.

Dated:  July 11, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE